

**FILED**

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of California

MAY 15 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  2:14 - MJ - 0111    AC |
| | ) | |
| ALEJANDRO SANCHEZ, | ) | |
| Aka Alfonso Alejandro SanchezMartinez, | ) | |
| Aka Alfonso Alejandro Martinez | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 5, 2010 _____ in the county of _____ San Joaquin _____ in the

Eastern    District of _____ California _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

See attached affidavit of Brian Toy

☒  Continued on the attached sheet.

_____
*Complainant's signature*

Brian Toy, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ May 15, 2014 _____

_____
*Judge's signature*

City and state: _____ Sacramento, California _____

Allison Claire, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF BRIAN TOY, SPECIAL AGENT OF THE FEDERAL BUREAU OF INVESTIGATION

I, Brian Toy, being first duly sworn, hereby depose and state as follows:

## I.    INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the FBI, and have been since May 2004.  I attended the FBI Basic Academy from May 2004 to October 2004.  I am presently assigned to the Stockton Resident Agency working on the Stockton Violent Crime Task Force (SVCTF).  As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants under the authority of the United States.

2.     Part of these duties includes the investigation, apprehension, and arrest of violent crime offenders and fugitives.  This affidavit is in support of a criminal complaint and arrest warrant charging Alejandro Sanchez, aka Alfonso Alejandro SanchezMartinez (the last name is spelled as one word), aka Alfonso Alejandro Martinez, date of birth September 5, 1990, with unlawful flight to avoid prosecution, in violation of 18 U.S.C. § 1073.

3.     A separate criminal complaint and arrest warrant charging Alejandro Sanchez with the same violation was obtained in the Eastern District of California on September 6, 2012.  However, the information provided by the affiant, Special Agent Terry Scott, did not reflect the correct name.  The name listed was Alfonso Alejondro Sanchez Martinez and should have been Alejandro Sanchez.  The previous warrant dated September 6, 2012 will be returned unexecuted.

## II.    PROBABLE CAUSE

4.     On or about April 5, 2010, in the county of San Joaquin, CA, Alejandro Sanchez murdered Eduardo Cornejo.  The murder was willful, deliberate, and premeditated, in violation of Section 187(a) of the California Penal Code, a felony.  On March 2, 2012, the Grand Jury of the County of San Joaquin, CA returned a true bill, charging Sanchez with the following:

a)     California Penal Code §187(a), willful, deliberate and premeditated murder;

b)     California Penal Code §190.2(A)(21), special circumstances discharge of a f firearm from a vehicle with intent of death;

c)     California Penal Code §190.2(A)(22), special circumstances murder committed to further

1  the activities of a criminal street gang;

2      d)      California Penal Code §12022.53(D)(E)(1), principal's intentional discharge of a firearm,

3  GBI-Gang case;

4      e)      California Penal Code §186.22(B)(1), street terrorism; and

5      f)      California Penal Code §664/187(A), premeditated attempted murder

6      5.      To date, all efforts to locate Sanchez in the State of California have been unsuccessful.

7  The San Joaquin County District Attorney's Office has obtained information indicating that Sanchez is

8  in Mexico, possibly in the city of San Pedro Caro.

9                        **III.    CONCLUSION**

10     6.      For the reasons set forth herein, it is believed that Sanchez left the State of California to

11  avoid being prosecuted for the alleged felonies and he remains a fugitive.  The San Joaquin County

12  District Attorney's Office will extradite Sanchez upon his location.

13     7.      Accordingly, your affiant respectfully requests that a warrant for the arrest of defendant

14  Alejandro Sanchez be issued for the violation of 18 U.S.C. § 1073, Unlawful Flight to Avoid

15  Prosecution.

16     8.      I declare under the penalty of perjury that the foregoing statements are true and correct to

17  the best of my knowledge.

18

19                                        Brian Toy
                                          Special Agent
20                                        Federal Bureau of Investigation

21  Sworn to and subscribed before
    me this  15  day of May 2014

22

23  ALLISON CLAIRE
    United States Magistrate Judge
24

25

26  Approved as to form:

27

28  Michael D. Anderson
    Assistant U.S. Attorney

AFFIDAVIT OF BRIAN TOY, AGENT OF THE FEDERAL            2
BUREAU OF INVESTIGATION